```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


     UNITED STATES OF AMERICA     )
                                  )
                  v.              )   CRIMINAL NO.:06-10070-DPW
                                  )
     CURTIS BEST                  )
                                  )
                                  )
```

<u>NOTICE OF APPEARANCE</u>

   Now comes the undersigned and enters his appearance on behalf of the defendant, Mr. Curtis Best.

```
                          Respectfully submitted,
                          CURTIS BEST
                          By his attorney

                          /s/Larry Tipton (BBO# 552557)
                          Law Office of Larry Tipton
                          One Center Plaza
                          Suite 220
                          Boston, MA 02108
                          (617) 227-1308
```

DATED: April 12, 2009


CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2009.

```
                                    /s/ Larry Tipton
```